1

**NICHOLAS G. VASKOV**
City Attorney
Nevada Bar No. 8298

2

**BRIAN R. REEVE**
Assistant City Attorney
Nevada Bar No. 10197

3

4

**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada Bar No. 11175
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1231
(702) 267-1201 Facsimile
brian.reeve@cityofhenderson.com

5

6

7

8

9

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

10

## DISTRICT OF NEVADA

11

12

MICHAEL BAILEY,

13

Plaintiff,

14

vs.

15

CITY OF HENDERSON, NEVADA, a political
subdivision of the State of Nevada; HENDERSON
POLICE DEPARTMENT, a political subdivision of
the State of Nevada; THEDRICK ANDRES,
individually and as policy maker and Chief of CITY
OF HENDERSON POLICE DEPARTMENT; DOE
individual as policy maker and Chief of CITY OF
HENDERSON    POLICE    DEPARTMENT;
HENDERSON    POLICE    OFFICERS    DUSTIN
ERICKSON;  MARCUS  MCCRARY;  and  LUKE
GOOD; DOE HENDERSON POLICE OFFICERS I
through X; CITY OF LAS VEGAS, a political
subdivision of the State of Nevada; LAS VEGAS
METROPOLITAN    POLICE    DEPARTMENT,    a
political  subdivision  of  the  State  of  Nevada;
SHERIFF JOE LOMBARDO, individually and as
policy maker of LAS VEGAS METROPOLITAN
POLICE  DEPARTMENT;  DOE  LAS  VEGAS
METROPOLITAN    POLICE    DEPARTMENT
OFFICERS, I through X; DOES I through X; and
ROE ENTITIES, I through X, inclusive,

16

17

18

19

20

21

22

23

24

25

26

27

Defendants.

28

CASE NO.: 2:22-CV-01211-CDS-EJY

**STIPULATION AND ORDER**



CITY ATTORNEY'S OFFICE
CITY OF HENDERSON
240 S. WATER STREET  MSC 144
HENDERSON, NV 89015

1

CITY ATTORNEY'S OFFICE
CITY OF HENDERSON
240 S. WATER STREET  MSC 144
HENDERSON, NV 89015

Plaintiff MICHAEL BAILEY (hereinafter "Plaintiff"), by and through his attorneys of record, Trevor J. Hatfield, Esq., of the Law Office of Hatfield and Associates, Ltd.; and CITY OF HENDERSON, HENDERSON POLICE DEPARTMENT, THEDRICK ANDRES, DUSTIN ERICKSON, MARCUS McCRARY, and LUKE GOOD (hereinafter collectively referred to as "Henderson Defendants"), through their attorney of record, Brian R. Reeve, Assistant City Attorney (all parties collectively referred to herein as the "Parties"), hereby STIPULATE AND AGREE:

1.     That Plaintiff may serve process on all Henderson Defendants by emailing the Summons and Complaint to Brian R. Reeve, counsel for the Henderson Defendants;

2.     That Plaintiff will grant the Henderson Defendants a 60-day extension of time from the date process is served to file a response to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay. Each party agrees to bear its own fees and costs regarding this stipulation and order.

DATED this August 29, 2022.

CITY OF HENDERSON

*/s/ Brian R. Reeve*
**BRIAN R. REEVE**
Assistant City Attorney
Nevada Bar No. 10197
240 Water Street, MSC 144
Henderson, NV  89015

Attorneys for Defendants
CITY OF HENDERSON,
HENDERSON POLICE
DEPARTMENT, THEDRICK
ANDRES, DUSTIN ERICKSON,
MARCUS McCRARY, and
LUKE GOOD

DATED this August 29, 2022.

HATFIELD & ASSOCIATES, LTD.

*/s/ Trevor J. Hatfield*
TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101

Attorney for Plaintiff
MICHAEL BAILEY

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**

_____
August 29, 2022
DATED:

3