1  **NICHOLAS G. VASKOV**
   City Attorney
2  Nevada Bar No. 8298
   **BRIAN R. REEVE**
3  Assistant City Attorney
   Nevada Bar No. 10197
4  **BRANDON P. KEMBLE**
   Assistant City Attorney
5  Nevada Bar No. 11175
   240 Water Street, MSC 144
6  Henderson, NV  89015
   (702) 267-1231
7  (702) 267-1201 Facsimile
   brian.reeve@cityofhenderson.com
8
   Attorneys for Defendants
9
                    **UNITED STATES DISTRICT COURT**
10
                          **DISTRICT OF NEVADA**
11

12  MICHAEL BAILEY,

13             Plaintiff,                    CASE NO.: 2:22-CV-01211-CDS-EJY

14  vs.

15  CITY OF HENDERSON, NEVADA, a political   **STIPULATION AND ORDER**
    subdivision of the State of Nevada; HENDERSON   **TO DISMISS**
16  POLICE DEPARTMENT, a political subdivision of
    the State of Nevada; THEDRICK ANDRES,
17  individually and as policy maker and Chief of CITY
    OF HENDERSON POLICE DEPARTMENT; DOE
18  individual as policy maker and Chief of CITY OF
    HENDERSON POLICE DEPARTMENT;
19  HENDERSON POLICE OFFICERS DUSTIN
    ERICKSON; MARCUS MCCRARY; and LUKE
20  GOOD; DOE HENDERSON POLICE OFFICERS I
    through X; CITY OF LAS VEGAS, a political
21  subdivision of the State of Nevada; LAS VEGAS
    METROPOLITAN POLICE DEPARTMENT, a
22  political subdivision of the State of Nevada;
    SHERIFF JOE LOMBARDO, individually and as
23  policy maker of LAS VEGAS METROPOLITAN
    POLICE DEPARTMENT; DOE LAS VEGAS
24  METROPOLITAN POLICE DEPARTMENT
    OFFICERS, I through X; DOES I through X; and
25  ROE ENTITIES, I through X, inclusive,

26             Defendants

27

28

                                    1

Plaintiff MICHAEL BAILEY, through his attorneys of record, Trevor J. Hatfield, Esq., of the Law Office of Hatfield and Associates, Ltd.; and Defendants CITY OF HENDERSON, HENDERSON POLICE DEPARTMENT, THEDRICK ANDRES, DUSTIN ERICKSON, MARCUS McCRARY, and LUKE GOOD, through their attorney of record, Brian R. Reeve, Assistant City Attorney, hereby stipulate and agree to dismiss this action in its entirety, with prejudice, with each party bearing their own fees and costs.

DATED this April 20, 2023.

HATFIELD & ASSOCIATES, LTD.

*/s/ Trevor J. Hatfield*
**TREVOR J. HATFIELD, ESQ.**
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101

Attorney for Plaintiff
MICHAEL BAILEY

DATED this April 20, 2023.

CITY OF HENDERSON

*/s/ Brian R. Reeve*
**BRIAN R. REEVE**
Assistant City Attorney
Nevada Bar No. 10197
240 Water Street, MSC 144
Henderson, NV 89015

Attorneys for Defendants
CITY OF HENDERSON, HENDERSON POLICE DEPARTMENT, THEDRICK ANDRES, DUSTIN ERICKSON, MARCUS McCRARY, and LUKE GOOD

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 21, 2023