# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Bailey, | Case No. 2:22-cv-01211-CDS-EJY |
| Plaintiff | |
| v. | **Order Dismissing Defendants and Closing Case** |
| City of Henderson, et al., | |
| Defendants | |

This action was filed on July 27, 2022. On February 15, 2023, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to City of Las Vegas, Las Vegas Metropolitan Police Department, and Sheriff Joe Lombardo was filed by March 17, 2023, the court would enter an order of dismissal. ECF No. 11. The deadline has now passed, and no proof of service has been filed.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice as to City of Las Vegas, Las Vegas Metropolitan Police Department, Sheriff Joe Lombardo. The Clerk of Court is directed to CLOSE THIS CASE.

DATED: April 21, 2023

_____
Cristina D. Silva
United States District Judge